JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BALLARD, individually and as Trustee of the James T. Ballard Millennium Trust, dated January 9, 2002<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WEST HOLLYWOOD, et al.,<br><br>    Defendants. | Case No. CV 23-4367 FMO (AGRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 3rd day of January, 2024.

                                                    /s/
                                      Fernando M. Olguin
                                   United States District Judge